COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-424-CV

 

IN RE DAVID MICHAEL SHEID                                                   RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

 

PER CURIAM

 

 

PANEL A: 
LIVINGSTON, J.; CAYCE, C.J.; WALKER, J.

 

DELIVERED: 
December 11, 2007











    [1]See
Tex. R. App. P. 47.4.